Henry Thomas, Jessie Johnson, and Mary F. Amos, Appellants, v. Jack Mosheim, Appellee.

Gen. No. 45,414.

C. Jerome Bishop, for appellants; John J. Maciejewski, for appellee; Charles D. Snewind, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed November 27, 1951; released for publication January 3, 1952.